# JS-6

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICE HARPER,<br><br>　　　　　　Petitioner,<br>　　v.<br><br>CHRISTIAN PFEIFFER, Warden,<br><br>　　　　　　Respondent. | Case No. 2:21-cv-08375 FMO (AFM)<br><br>**JUDGMENT** |

In accordance with the Order Summarily Dismissing Petition for Writ of Habeas Corpus for Lack of Subject Matter Jurisdiction,

IT IS ORDERED AND ADJUDGED that this action is summarily dismissed without prejudice pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Court.

DATED: November 2, 2021

/s/
_____
FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE